UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ZACH WESTBROOK, Individually and for Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CASE NO. 2:14-cv-00131 |
| ADVANCED SOLIDS CONTROL, LLC. | § § | COLLECTIVE ACTION |
| Defendant. | § § | |

## AGREED SCHEDULING / DOCKET CONTROL ORDER

Anticipated Length of Trial: 5 Days                                   Jury: X   Non-Jury: _

1.  (a) Deadline for CLASS MEMBERS to return consent forms
       to opt-into lawsuit by:                                        March 31, 2015

    (b) NEW PARTIES shall be joined by:                               June 1, 2015

       The Attorney causing the addition of new parties will
       provide copies of this Order to new parties.

    (c) AMENDMENT to PLEADINGS by Plaintiff
       or Counter-Plaintiff shall be filed by:                        June 1, 2015

2.  ALTERNATE DISPUTE RESOLUTION:
    If the parties agree to ADR:                                      120 days before trial

3.  EXPERT WITNESSES for the PLAINTIFF will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it.  DUE DATE:                                          90 days before trial

4.  EXPERT WITNESSES for the DEFENDANT will be
    identified by a report listing the qualifications of each
    expert, each opinion that the expert will present, and the
    basis for it.  DUE DATE:                                          60 days before trial

5.  DISCOVERY must be completed by:                                   90 days before trial
    Written discovery requests are not timely if they are filed
    so close to this deadline that the recipient would not be

required under the Federal Rules of Civil Procedure to
respond until after the deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
    (except motions in limine) will be filed by:        60 days before trial

6.  JOINT PRETRIAL ORDER and MOTIONS IN LIMINE    14 days before trial

7.  TRIAL will begin at 9:00 a.m.                  Either:

    April 8, 2016: __

    April 18, 2016: __

    May 2, 2016: __

SIGNED and ENTERED on the _____ day of _____, 2016.

_____
UNITES STATES DISTRICT COURT JUDGE