UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ZACH WESTBROOK, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED SOLIDS CONTROL, LLC, <br><br> Defendant. | § § § § § § § § § § § § CASE NO. 2:14-cv-00131 |

ORDER GRANTING LEAVE TO FILE
AMENDED COMPLAINT

Plaintiffs' opposed motion for leave to amend their complaint is GRANTED.

Plaintiffs shall file their amended complaint within 3 days of the date of this order.

Signed on 6/19/15, 2015.

Nelva Gonzales Ramos
United States District Judge